∎ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON FULTON, Appellant. [997 NYS2d 625]—

Judgment, Supreme Court, New York County (Juan M. Merchan, J.), rendered March 15, 2013, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fourth degree, and sentencing him to a term of five years, with three years' postrelease supervision, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison term to 3½ years, and otherwise affirmed.

Defendant's appeal waiver did not encompass the issue of the severity of a potential enhanced sentence. We find the sentence excessive to the extent indicated. Concur—Mazzarelli, J.P., DeGrasse, Manzanet-Daniels, Feinman and Gische, JJ.